**Dismissed and Memorandum Opinion filed February 7, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00532-CV

**PEGGIE STOKES, PEGI JOHNSON, TONIECE WHITE, MADDISON WHITE, Appellants**

**V.**

**STAR REALTY INC., ALAN GIRARD, AND MUZA GARARD, Appellees**

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2017-19064**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 9, 2018. The reporter's record was filed August 8, 2018. The clerk's record was filed October 18, 2018. No brief was filed.

On December 6, 2018, this court issued an order stating that unless appellants filed a brief on or before January 3, 2019, the court would dismiss the appeal for

want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.